UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN LIPPERT, KAREN LIPPERT and SAM LIPPERT, by and through his Guardian ad Litem, JASMINE FISCHER,<br><br>   Plaintiffs,<br><br>   vs.<br><br>B&W RESORTS, INC., doing business in California as HARMONY RIDGE RESORT; DO IT BEST CORPORATION; SAM'S WEST, INC. doing business in California as SAM'S CLUB; and DOES 1-100,<br><br>   Defendants. | Case No.: 2:21-CV-01569-WBS-DB<br><br>**ORDER** |

On October 18, 2021, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action.  The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Eastern District of California case number 2:21-CV-01569-WBS-DB, styled Warren Lippert et al. v. B&W Resorts, Inc. et al., is hereby remanded to Nevada County Superior Court.

IT IS SO ORDERED.

Dated: October 19, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER